# MINUTE ORDER

Page 8

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor    Date: 7/8/24    Time: 2:00 p.m.

Defendant: 2. Wilmes Barcelo    J#: 12522-506    Case #: 24-3335-MJ-GOODMAN
AUSA: Robert Moore    Attorney:
Violation: Drug Smuggling    Surr/Arrest Date: 7/6/24    YOB: 1981

Proceeding: Initial Appearance    CJA Appt: Marc Seitles, Esq.
Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Defendant advised of rights and charges

Defendant sworn; CJA counsel appointed

**STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets**

*Brady order given*

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
**Prelim/Arraignment:**    7/22/24    10:00 a.m.    Duty/Miami
Status Conference RE:
D.A.R. 15:10:43    Time in Court: 5 mins

s/Lauren F. Louis    Magistrate Judge